DAUKSCH, Judge.
This is an appeal from a sentence wherein the judge improperly assessed costs against appellant for “First Step.” That portion of the sentence must be vacated. Mittner v. State, 648 So.2d 139 (Fla. 5th DCA 1994); Murray v. State, 647 So.2d 313 (Fla. 5th DCA 1994); Tibero v. State, 646 So.2d 213 (Fla. 5th DCA 1994); Avallone v. State, 646 So .2d 745 (Fla. 5th DCA 1994); Watson v. State, 641 So.2d 432 (Fla. 5th DCA 1994); Macon v. State, 639 So.2d 206 (Fla. 5th DCA 1994); Eckenrode v. State, 638 So.2d 214 (Fla. 5th DCA 1994); Botts v. State, 634 So.2d 197 (Fla. 5th DCA 1994). Additionally, the court improperly assessed attorney fees against appellant without first giving him notice of the intention to assess fees and a hearing regarding the entitlement and amount. See Burke v. State, 642 So.2d 677 (Fla. 5th DCA 1994); Craig v. State, 643 So.2d 50 (Fla. 5th DCA 1994); Dewitt v. State, 639 So.2d 694 (Fla. 5th DCA 1994); Edwards v. State, 639 So.2d 107 (Fla. 5th DCA 1994); Griffin v. State, 636 So.2d 589 (Fla. 5th DCA 1994); Fulmore v. State, 634 So.2d 829 (Fla. 5th DCA 1994); Lynch v. State, 632 So.2d 710 (Fla. 5th DCA 1994); Smith v. State, 632 So.2d 99 (Fla. 5th DCA 1994); Fontenont v. State, 631 So.2d 379 (Fla. 5th DCA 1994); Fannin v. State, 630 So.2d 230 (Fla. 5th DCA 1994); Duffey v. *117 State, 629 So.2d 1115 (Fla. 5th DCA 1994). Appellant must be properly resentenced.
SENTENCE VACATED; REMANDED.
PETERSON and THOMPSON, JJ., concur.